JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILTON AMERICO MERLOS PORTILLO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN et al.,<br><br>Respondents. | Case No. 5:26-cv-06120-SB-MAR<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that Plaintiff Dilton Americo Merlos Portillo's petition for a writ of habeas corpus is denied without prejudice.

This is a final judgment.

Date: November 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge